ALEXANDER CHATELLE, Respondent, v. WILLIAM CANNON and CLIFFORD H. LEE, Appellants.— Judgment reversed on the law and facts and a new trial granted,

* Affd., 255 N. Y. ——.

with costs to the appellant to abide the event, upon the grounds, *first*, that the verdict is against the weight of the evidence on the questions submitted to the jury; *second*, that there was error of fact in the opening of plaintiff's counsel; *third*, that there was error in the reception of proof as to civil lawsuits brought against the plaintiff. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.